UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
APPLE INC.,

               Plaintiff,      :

              -against-                       :
FEI LIK LAM a/k/a PHILLIP LAM,      :      CASE NO.: 11-CV-2507
DUNWAH LAM, YUK LAM AND
WHITEIPHONE4NOW.COM,
                                              :
              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Apple Inc. voluntarily dismisses this action without prejudice.

Dated: New York, New York
         May 25, 2011

                                              SIDLEY AUSTIN LLP

                    By:     s/James D. Arden
                             John J. Kuster
                             James D. Arden
                             787 Seventh Avenue
                             New York, New York 10019
                             (212) 839-7336
                             jkuster@sidley.com
                             jarden@sidley.com
                             Attorneys for Plaintiff Apple Inc.